# Court of Appeals
# of the State of Georgia

ATLANTA,  July 21, 2021

*The Court of Appeals hereby passes the following order:*

## A21D0399. SHANITA MATTHEWS v. MARK BUTLER, COMMISSIONER OF THE DEPARTMENT OF LABOR.

Shanita Matthews has filed an application for discretionary review of the trial court's order affirming the decision of the Board of Review of the Department of Labor.[1] We lack jurisdiction.

The trial court entered its order on April 8, 2021. Ordinarily, an application for discretionary review must be filed within 30 days of the order sought to be appealed. See OCGA § 5-6-35 (d); see also *Boyle v. State*, 190 Ga. App. 734, 734 (380 SE2d 57) (1989) ("The requirements of OCGA § 5-6-35 are jurisdictional and this [C]ourt cannot accept an appeal not made in compliance therewith."). Matthews sought and obtained an extension of time to file her application by June 25, 2021, a Friday. See Case No. A21E0048 (June 14, 2021).[2] See also Court of Appeals Rule 16 (c). But Matthews did not file her application until Monday, June 28, 2021. Her failure to file

---

[1] See OCGA § 5-6-35 (a) (1) (providing that appeals from the decisions of superior courts reviewing administrative agencies must come by application).

[2] Matthews also sought and obtained two prior extensions as well. See Case Nos. A21E0044 (May 5, 2021) (giving Matthews until May 24, 2021, to file her application); A21E0046 (May 24, 2021) (giving Matthews until June 11, 2021 to file her application).

her application within the extension of time granted renders it untimely. Accordingly, this application is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
      *Clerk's Office, Atlanta,  07/21/2021*

      *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

      *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*